1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MEGHAN WILT,                              No.  2:24-cv-02060 TLN CKD PS

12                   Plaintiff,

13        v.                                   FINDINGS AND RECOMMENDATIONS

14   PFIZER, INC.,

15                   Defendant.

16

17        By order filed March 12, 2025, plaintiff's complaint was dismissed and 28 days' leave to

18   file an amended complaint was granted.  (ECF No. 3.)  Plaintiff was informed that failure to file

19   either an amended complaint or a notice of voluntary dismissal by the required deadline could

20   result in the imposition of sanctions, including dismissal.  (Id. at 5-6.)  The 28-day period has now

21   expired, and plaintiff has not filed an amended complaint nor otherwise responded to the court's

22   order.

23        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

                                                1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

2  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

3  Ylst, 951 F.2d 1153 (9th Cir. 1991).

4  Dated:  May 7, 2025

5

6  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12  2/wilt2060.fta_f&rs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28